Navient Solutions, LLC.
220 Lasley Avenue
Hanover Industrial Estates
Wilkes-Barre, PA  18706

# Navient Solutions, LLC.

February 15, 2022

RE: Case No:   **21-03039**

Name:   REBEKAH K DITTMAN

Bankruptcy Court Clerk:

Please withdraw the Proof of Claim # 1 for the above-named case, which was signed and sent to the court by Navient Solutions, LLC.  The Proof of claim was filed in error.

Any Questions concerning this matter may be directed to the Centralized Bankruptcy at
1-800-251-4127

Sincerely,

/s/Ann Marie Wincek
Bankruptcy Analyst